

FILED
2010 DEC 14 P 5: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 315 MISC

Brian Irving Glicker - #165866

VRW

_____ /

**ORDER TO SHOW CAUSE**

It appearing that Brian Irving Glicker has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective November 15, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Brian Irving Glicker
Glicker & Associates
14945 Ventura Blvd Ste 220
Sherman Oaks, CA 91403

