**FILED**

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:            No CV 10 80315 MISC VRW

Brian Irving Glicker,
                             ORDER
    State Bar No 165866
_____/

On December 14, 2010, the court issued an order to show cause (OSC) why Brian Irving Glicker should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Section 6007 of the Buisness and Professions Code, effective November 15, 2010.

The OSC was mailed to Mr Glicker's address of record with the State Bar on December 16, 2010. The OSC was returned by the post office as unclaimed. A written response was due on or before January 28, 2011. No response to the OSC has been filed as of this date.

The court now orders Brian Irving Glicker removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Brian Irving Glicker,

_____/

Case Number: CV10-80315 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Irving Glicker
Glicker & Associates
14945 Ventura Blvd, Ste 220
Sherman Oaks, CA 91403

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*